FREE and Another *v.* HAWORTH.

Proceedings on a motion for a continuance are no part of the record, unless made so by a bill of exceptions.

A voluntary appearance, in full, to a cause of action, waives all defects in process or publication.

A defense assuming to answer the whole, but only answering a part of a cause of action, is bad on demurrer.

The law, as to penalties and costs, in force at the time of rendering judgments, governs.

But, as to the obligation of the contract, the law of its date, if to be executed where it is made, generally controls.

APPEAL from the *Union* Circuit Court.

*Per Curiam.*—The proceedings upon a motion for a continuance are no part of the record, unless made so by bill of exceptions. 16 Ind. 476.

A voluntary appearance, in full, to a cause, waives defects in process and publication. 13 Ind. 490. 10 *Id.* 380.

A paragraph assuming to answer the whole, but only answering a part of a cause of action, is bad on demurrer. 16 Ind. 327.

The law, as to penalties and costs, in force at the time of rendering judgment, governs; but as to the obligation of the contract, the law of its date, if to be executed where made, as a general proposition, controls. *Scoby* v. *Gibson*, 17 Ind.

The judgment below is affirmed, with one per cent. damages and costs.

*J. F. Gardner*, for the appellants.

*John S. Reid*, for the appellee.